# Compass Savings Bank Robbery



$7,828

# First Commonwealth Bank Robbery



$3971



# Five Charges

1. **Bank Robbery (Compass Savings Bank)**

2. **Bank Robbery (First Commonwealth Bank)**

3. **Armed Bank Robbery (First Commonwealth)**

4. **Unlawful Possession of Firearm**

5. **Use of a Firearm in Furtherance of Crime of Violence**

# United States v. Leonard Gibbons

Shardul Desai
Assistant United States Attorney

Mark Danna
Special Agent,
Federal Bureau of Investigation

Sandra Maher
Computer Assistant

# Bank Robbery

1. Took Money in Care, Custody, or Possession of a Bank

2. Used Force, Violence, or Intimidation

3. FDIC Insured

# Armed Bank Robbery

1. Committed Bank Robbery (First Commonwealth)

2. Intentionally assaulted or put someone's life in jeopardy by using a dangerous weapon



# Possess & Brandish In Furthance

1. Committed Bank Robbery or Armed Bank Robbery (First Commonwealth)

2. Possessed Firearm in furtherance of the Bank Robbery or Armed Bank Robbery

3. If possess, then determine whether the firearm was displayed to intimidate



# Unlawful Possession

1. The pistol is a firearm under federal law

2. Pistol traveled from one state to another

3. Knowingly possessed the pistol